IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BANK OF BLUE VALLEY,

             Plaintiff,

    vs.

GAYLEN LEWIS, an individual; and
SHERRY LEWIS, an individual;

           Defendants.

**8:19CV430**

**ORDER**

This matter comes before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 30) this case.  The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.


Dated this 21st day of January, 2021.

                          BY THE COURT:

                          s/ Joseph F. Bataillon
                          Senior United States District Judge